Dale R. Cockrell
Katherine A. Matic
MOORE, COCKRELL,
GOICOECHEA & JOHNSON, P.C.
145 Commons Loop, Suite 200
P.O. Box 7370
Kalispell, MT 59904-0370
Telephone: (406) 751-6000
Facsimile:  (406) 756-6522
Email:  dcockrell@mcgalaw.com
            kmatic@mcgalaw.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| CRAIG DISHER AND SCOTT DISHER,<br><br>             Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY dba STATE FARM or STATE FARM GROUP, and DOES I through X.<br><br>             Defendants. | Cause No. 15-cv-60-BU-SEH<br><br><br>**NOTICE OF SETTLEMENT** |

    Defendant State Farm Fire and Casualty Company ("State Farm"), hereby

provides this Notice of Settlement. Within thirty days of this Notice, the parties will file a stipulation for dismissal with prejudice and proposed order of dismissal with prejudice.

Dated this 7th day of December, 2015.

        MOORE, COCKRELL,
        GOICOECHEA & JOHNSON, P.C.

        /s/ Dale R. Cockrell
        Dale R. Cockrell
        Katherine A. Matic
        145 Commons Loop, Suite 200
        P.O. Box 7370
        Kalispell, Montana 59904-0370
        Email: dcockrell@mcgalaw.com
               kmatic@mcgalaw.com

        *Attorneys for Defendant State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing document was served upon the following individuals by the means designated below:

| | |
|---|---|
| [ X] CF/ECM | Daniel B. Bidegary |
| [ ] Federal Express | Bert J. Certain |
| [ ] Hand-Delivery | BIDEGARY LAW FIRM, LLC |
| [ ] Facsimile | 2042 Stadium Drive, Suite 1 |
| [ ] E-Mail | Bozeman, MT  59715 |
| | *Attorneys for Plaintiffs* |

Dated this 7th day of December, 2015.

/s/Dale R. Cockrell
Dale R. Cockrell