Dale R. Cockrell
Katherine A. Matic
MOORE, COCKRELL,
GOICOECHEA & JOHNSON, P.C.
145 Commons Loop, Suite 200
P.O. Box 7370
Kalispell, MT 59904-0370
Telephone: (406) 751-6000
Facsimile:  (406) 756-6522
Email:  dcockrell@mcgalaw.com
        kmatic@mcgalaw.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

Daniel B. Bidegary
Bert J. Certain
BIDEGARY LAW FIRM, LLC
2042 Stadium Drive, Suite 1
Bozeman, MT 59715
Telephone: (406) 522-7744
Facsimile: (406) 522-8244
Email: daniel@bidegarylawfirm.com

*Attorneys for Plaintiffs Craig Disher and Scott Disher*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| CRAIG DISHER AND SCOTT DISHER,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY dba STATE | Cause No. 15-cv-00060-SEH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

FARM or STATE FARM GROUP, and
DOES I through X.

       Defendants.

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel of record, pursuant to Rule 41, Federal Rules of Civil Procedure, that all of the claims alleged in the above-captioned action have been fully and finally compromised and settled on the merits, and counsel request the Court's Order dismissing all of the claims alleged in the above-captioned action with prejudice, each party to bear its own costs and fees. A proposed *Order of Dismissal with Prejudice* is attached herewith for the Court's consideration.

Dated this 15th day of December, 2015.

    MOORE, COCKRELL,
    GOICOECHEA & JOHNSON, P.C.

    /s/ Dale R. Cockrell
    Dale R. Cockrell
    Katherine A. Matic
    145 Commons Loop, Suite 200
    P.O. Box 7370
    Kalispell, Montana 59904-0370
    Email: dcockrell@mcgalaw.com
           kmatic@mcgalaw.com

    *Attorneys for Defendant State Farm Fire and Casualty Company*

BIDEGARY LAW FIRM, LLC


 /s/ Daniel B. Bidegary
Daniel B. Bidegary
Bert J. Certain
2042 Stadium Drive, Suite 1
Bozeman, MT 59715
Telephone: (406) 522-7744
Facsimile: (406) 522-8244
Email: daniel@bidegarylawfirm.com

*Attorneys for Plaintiffs Craig Disher and Scott Disher*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing document was served upon the following individuals by the means designated below:

| | |
|---|---|
| [X] CM/ECF | Daniel B. Bidegary |
| [ ] Federal Express | Bert J. Certain |
| [ ] Hand-Delivery | BIDEGARY LAW FIRM, LLC |
| [ ] Facsimile | 2042 Stadium Drive, Suite 1 |
| [ ] E-Mail | Bozeman, MT  59715 |
| | *Attorneys for Plaintiff* |

Dated this 15th day of December, 2015.

/s/Dale R. Cockrell
Dale R. Cockrell