IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

**FILED**

DEC 16 2015

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| CRAIG DISHER AND SCOTT DISHER,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY dba STATE FARM or STATE FARM GROUP, and DOES I through X.<br><br>Defendants. | Cause No. 15-cv-60-BU-SEH<br><br>**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

Pursuant to written Stipulation by and between counsel for all parties that all of the claims alleged in the above-captioned Complaint have been fully and finally compromised and settled upon the merits,

IT IS HEREBY ORDERED that all of the claims in the above-captioned action are dismissed with prejudice and each party to pay their respective costs and fees of any kind or nature.

DATED this 16th day of December, 2015.

_____
SAM E. HADDON
United States District Court